**DEBRA A. DiIORIO**
California Bar No. 138018
**DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
San Diego, California  92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

FILED

NOV  6 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Attorneys for Defendant Alba Flores

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06-1748-RTB |
| Plaintiff, | |
| v. | **ORDER** |
| **EDUARDO ALBA FLORES,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing previously scheduled for November 6, 2006 at 9:00 a.m., be continued until December 18, 2006.

DATED  11/06/06

HON. ROGER T. BENITEZ
U.S. DISTRICT JUDGE

5